Thomas MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47713.

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
March 29, 1994.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM:

Appeal from the dismissal of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).